**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2019

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Ashu, et al.*, 19 Cr. 318 (JMF)**

Dear Judge Furman:

The Government writes respectfully in advance of today's conference concerning Ifeanyi Eke, who is a defendant in the above-captioned case, which is scheduled for 3:30 PM. (*See* ECF No. 41.)

Based on discussions with counsel for the Bureau of Prisons ("BOP"), the Government understands that BOP cannot provide copies of the defendant's medical records to the Government or defense counsel absent a release under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") or an order of the Court.

Accordingly, the Government respectfully requests that the Court direct BOP to provide copies of the defendant's medical records to the Government and defense counsel in advance of the hearing this afternoon. The Government has conferred with defense counsel, who does not object to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: ____________*/s/*_________________
Olga Zverovich / Jarrod L. Schaeffer
Assistant United States Attorneys
Tel: (212) 637-2514 / 2270

cc: Philip Weinstein, Esq. (via ECF)