

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2019

<u>Via ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re:    *United States v. Ashu, et al.*, 19 Cr. 318 (JMF)

Dear Judge Furman:

     The Government writes respectfully to request that the Court direct the U.S. Pretrial Services Office to provide a copy of any Pretrial Services report concerning defendant Ifeanyi Eke to the mental health professionals evaluating Mr. Eke at the Devens Federal Medical Center ("FMC Devens"). FMC Devens has requested a copy of any Pretrial Services report as part of Mr. Eke's evaluation, but Pretrial Services has indicated that it is unable to provide such reports absent an order of the Court. The Government has conferred with counsel for Mr. Eke, who consents to this request.

Application GRANTED. The Clerk of Court is directed to terminate Doc. # 62.

SO ORDERED.

November 18, 2019

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:             /s/            
Olga Zverovich / Jarrod L. Schaeffer
Assistant United States Attorneys
Tel: (212) 637-2514 / 2270

cc:     Philip Weinstein, Esq. (via ECF)