# COHEN, FRANKEL & RUGGIERO, LLP

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

August 6, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Ifeanyi Eke*
19-cr-00318 (JMF)

Dear Judge Furman:

Please recall that I represent Mr. Ifeanyi Eke in his defense of the above-referenced matter. I write to request that Your Honor modify and amend the motion schedule initially set by this Court on March 9, 2020, and modified by orders of this Court on May 4, 2020 and June 8, 2020. Currently, defense motions are due by August 13, 2020, Government opposition is due by August 27, 2020, and a reply is due by September 3, 2020. We respectfully submit that an extension is necessary to enable the parties to continue ongoing, extensive work towards a possible resolution of this matter. The defense has consulted with the Government who has no objection to this request.

Throughout the month of July, the parties have engaged in good-faith, extensive negotiations. However, negotiations are progressing slower than normal because we are limited to sporadic half-hour or hour-long telephone/video conferences with Mr. Eke. To address a position taken by the Government, Mr. Eke asked that we consider some evidence pertaining to the levels of participation of co-defendants, which required us to conduct additional discovery review.

The Honorable Jesse M. Furman
Page 2 of 2

      I respectfully request an extension of the motion schedule for a period of 45-days to permit the parties to continue ongoing negotiations towards a possible resolution of this case or to serve motions. As a result of plea negotiations and our review, the defense has no objection to the exclusion of time under the Speedy Trial Act.

      Thank you for your consideration.

                                            Respectfully submitted,

                                            Mark I. Cohen, Esq.

MIC/gmf

Cc:  A.U.S.A. Olga Zverovich (via ECF)
      A.U.S.A. Jarrod Schaeffer (via ECF)
      Mr. Ifeanyi Eke (via mail)

Application GRANTED. Defendant's motions are hereby due by September 28, 2020, Government's response is due by October 12, 2020 and defendant's reply by October 19, 2020. The pretrial conference is ADJOURNED to September 30, 2020, at 2:30 p.m. The Court excludes time under the Speedy Trial Act between today and September 30, 2020, finding that the ends of justice served by excluding that time outweigh the interests of the Defendant and the public in a speedy trial for the reasons set forth in counsel's letter. The Clerk of Court is directed to terminate Doc. #120. SO ORDERED.

August 6, 2020