## COHEN, FRANKEL & RUGGIERO, LLP

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

January 21, 2021

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Ifeanyi Eke*
19-cr-00318 (JMF)

Dear Judge Furman:

    Please recall that I represent Mr. Ifeanyi Eke in his defense of the above-referenced matter. Mr. Eke is presently scheduled to appear in-person before Your Honor for an anticipated change of plea hearing and sentencing hearing on Wednesday, February 10, 2021 at 2:00 p.m. For the reasons that follow, I write to request that Your Honor grant a brief adjournment of both hearings in order to enable Mr. Eke to appear in-person. I have discussed this request with A.U.S.A. Olga Zverovich, and the Government has no objection.

    As Your Honor is aware, on January 6, 2021, Chief Judge McMahon issued a Standing Order extending the suspension of in-person operations through February 12, 2021. I have advised Mr. Eke of this Order, and he understands societal concerns with respect to COVID-19. Mr. Eke also has his own concerns about appearing in-person at this time, including facing a burdensome quarantine at the MDC upon his return from Court, which would be detrimental to him considering his personal circumstances. For those reasons, Mr. Eke wishes to appear before Your Honor for his anticipated change of plea and sentencing hearings at a later date.

    Therefore, because we are uncertain of how much time to ask for, I respectfully request a brief adjournment of Mr. Eke's anticipated change of plea and sentencing hearings and leave it to

Your Honor's discretion to set a realistic date for in-person hearings. In addition, I respectfully request that the due dates for the parties' respective sentencing submissions be adjusted to correspond with Mr. Eke's new anticipated sentencing date and in accordance with Your Honor's Rules. Lastly, because we are working towards a possible disposition of the charges, the defense has no objection to the exclusion of time under the Speedy Trial Act. Thank you for your consideration.

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/gmf

Cc: A.U.S.A. Olga Zverovich (via ECF)
    A.U.S.A. Jarrod Schaeffer (via ECF)
    Mr. Ifeanyi Eke (via mail)

Application GRANTED. The combined change-of-plea and sentencing is hereby ADJOURNED to May 13, 2021, at 2:00 p.m. (The Court will reevaluate when that date gets closer whether it is safe to proceed in person.) Time is hereby excluded in the interests of justice from today, until May 13, 2021, for the reasons stated in counsel's letter. The Clerk of Court is directed to terminate Doc. #149. SO ORDERED.

January 21, 2021