UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
UNITED STATES OF AMERICA :
: CONSENT PRELIMINARY
- v. - : ORDER OF FORFEITURE/
: MONEY JUDGMENT
IFEANYI EKE, :
   a/k/a "Luther Mulbah Doley," : 19 Cr. 318 (JMF)
:
Defendant. :
:
------------------------------------- x

WHEREAS, on or about April 30, 2019, IFEANYI EKE (the "Defendant"), among others, was charged in two counts of a three-count Indictment, 19 Cr. 318 (JMF) (the "Indictment") with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One) and wire fraud, in violation Title 18, United States Code, Sections 1343 and 2 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment;

WHEREAS, on or about April 13, 2021, the Defendant pleaded guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

United States Code, Section 2461(c): a sum of money representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $365,205.00 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with co-defendant Joshua Ikejimba for $162,360.00 of the Money Judgment, to the extent a forfeiture money judgment is entered against Joshua Ikejimba in this case; and

WHEREAS, as a result of the acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorneys Jarrod Schaeffer and Olga I. Zverovich, of counsel, and the Defendant, and his counsel, Mark I. Cohen, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pleaded guilty, a money judgment in the amount of $365,205.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant, for which the Defendant is jointly and severally liable with co-defendant Joshua Ikejimba for $162,360.00 of the Money Judgment, to the extent a forfeiture money judgment is entered against Joshua Ikejimba in this case.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, IFEANYI EKE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the "United States Marshals Service" and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. This Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[REST OF PAGE INTENTIONALLY LEFT BLANK]

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____      4/5/2021
Jarrod Schaeffer / Olga I. Zverovich          DATE
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
212-637-2270 / 2514


IFEANYI EKE

By: _____      4/12/21
IFEANYI EKE     Executed by Mark I. Cohen   DATE
                w/ permission

By: _____      4/12/21
Mark I. Cohen                              DATE
Cohen, Frankel & Ruggiero, LLP
20 Vesey Street, Suite 1200
New York, NY 10007


SO ORDERED:

_____      April 13, 2021
HONORABLE JESSE M. FURMAN            DATE
UNITED STATES DISTRICT JUDGE