UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,            :
                                     :       19-CR-318-1 (JMF)
            -v-                      :
                                     :       ORDER
IFEANYI EKE,                         :
                       Defendant.    :
                                     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 3, 2022, Defendant Ifeanyi Eke filed a motion for compassionate release/reduction in sentence. *See* ECF No. 182. It is hereby ORDERED that the Government shall file any opposition to that motion by **January 17, 2022**. Defendant's reply, if any, shall be filed by **January 31, 2022**. The Clerk of Court is directed to mail a copy of this order to:

                Ifeanyi Eke
           Fed. Reg. No. 72418-019
              FCI Allenwood Low
                PO Box 1000
             White Deer PA 17887

SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                                       JESSE M. FURMAN
                                            United States District Judge