UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :  19-CR-318-1 (JMF)
     -v- :
 :  ORDER
IFEANYI EKE, :
          Defendant. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On January 3, 2022, Defendant Ifeanyi Eke filed a motion for compassionate release/reduction in sentence. *See* ECF No. 182. According to the Bureau of Prisons website, Eke was release from custody on March 10, 2022. *See* https://www.bop.gov/inmateloc/ (last visited March 30, 2022); *see also* ECF No. 185, at 2 (noting that Eke was scheduled to be released on March 10, 2022).[1] Accordingly, the motion is DENIED as moot.[2]

  No later than **April 7, 2022**, the Government shall obtain Eke's new address from the BOP and mail a copy of this Order to him.

  The Clerk of Court is directed to terminate ECF No. 182.

  SO ORDERED.

Dated: March 30, 2022
   New York, New York

                     _____
                     JESSE M. FURMAN
                     United States District Judge

---

[1] The Government's request to seal Exhibits A-1 and A-2 is granted.

[2] To the extent that the motion is not moot, the Court denies it substantially for the reasons set forth in the Government's opposition. *See* ECF No. 185.