**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2022

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Ifeanyi Eke*, 19 Cr. 318 (JMF)**

Dear Judge Furman:

The Government respectfully submits this letter to inform the Court that the Government has mailed a copy of the Court's March 30, 2022 Order (Dkt. No. 188) to defendant Ifeanyi Eke at the following address, which the Government obtained with the assistance of the Bureau of Prisons (the "BOP"):[1]

Ifeanyi Eke (Booking # 995007)
Clinton County Correctional Facility
58 Pine Mountain Road
P.O. Box 419
McElhattan, PA 17748

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/
Olga Zverovich / Jarrod L. Schaeffer
Assistant United States Attorneys
Tel: (212) 637-2514 / 2270

[1] The BOP advised the Government that Eke is currently in the custody of the U.S. Immigration and Customs Enforcement (ICE).