**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2023

**By ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Ashu, et al.*, 19 Cr. 318 (JMF)**

Dear Judge Furman:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.

Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel in the above-captioned matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ______________________
Jarrod L. Schaeffer
Assistant United States Attorney
Tel.: (212) 637-2270

Application GRANTED. The Clerk of Court is directed to update the docket and to terminate ECF No. 191.

SO ORDERED.

December 14, 2023